# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED DAVIS, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HOME DEPOT INC., A Georgia Corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 3:19-CV-01926-RS<br><br>**ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Assigned to: Hon. Richard Seeborg<br>San Francisco Courthouse<br><br>State Action Filed:　April 12, 2018<br>Trial Date:　　　　　February 11, 2020 |

---

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF
VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to the Parties' Stipulation, IT IS HEREBY ORDERED that this case be dismissed with prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Further, all parties are to bear their own costs and fees incurred in this instant action.

DATED: April 14, 2020

_____
Honorable Richard Seeborg
United States District Court Judge

2     Case No. 2:19-cv-00368-AB-AS
[PROPOSED] ORDER GRANTING JOINT STIPULATION OF
VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)